UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN DEVANEY ) | |
| ) | |
| V. ) | C.A. No. 13-510L |
| ) | |
| ATTORNEY PETER F. KILMARTIN, ) | |
| Attorney General for the State ) | |
| of Rhode Island, et al ) | |

O R D E R

There being no objection to the Report and Recommendation of Magistrate Judge Patricia A. Sullivan, dated February 6, 2014, the Report and Recommendation hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
March 5, 2014