UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

```
JOHN DEVANEY              )
                          )
     V.                   )      C.A. No. 13-510L
                          )
PETER F. KILMARTIN, ET AL )
```

## O R D E R

There being no objection to the Report and Recommendation of Magistrate Judge Patricia A. Sullivan, dated August 6, 2014, recommending that the Attorney General be dismissed from the case with prejudice, the Report and Recommendation hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, Defendant Kilmartin's Motion to Dismiss Plaintiff's Second Amended Complaint is hereby granted.

ENTER:

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
September 24, 2014