UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


JOHN DEVANEY,
    Plaintiff,

    v.                                                    C.A. No. 13-510L

PETER F. KILMARTIN, Attorney
General for the State of Rhode
Island; TOWN OF NARRAGANSETT;
ST. THOMAS MORE CATHOLIC CHURCH,
Narragansett Pier, Rhode Island;
ST. PETERS BY-THE-SEA EPISCOPAL
CHURCH; and the ROMAN CATHOLIC
BISHOP OF PROVIDENCE,
    Defendants.


## ORDER

The Report and Recommendation issued by Magistrate Patricia A. Sullivan on October 10, 2014, in the above-captioned matter is accepted and adopted pursuant to Title 28 United States Code § 636(b)(1).  The Motions to Dismiss brought by all Defendants are granted, and Plaintiff's Second Amended Complaint is hereby dismissed in its entirety, with prejudice.  Defendants shall have thirty days from the date of this Order to present the Court with any motions to recover counsel fees and expenses incurred in this matter.  No judgment shall enter until all claims are resolved.


It is so ordered.


/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior United States District Judge
Date: 2/12/15