```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
```

JOHN DEVANEY,
    Plaintiff,

    v.                                              C.A. No. 13-510L

PETER F. KILMARTIN, Attorney
General for the State of Rhode
Island; TOWN OF NARRAGANSETT;
ST. THOMAS MORE CATHOLIC CHURCH,
Narragansett Pier, Rhode Island;
ST. PETERS BY-THE-SEA EPISCOPAL
CHURCH; and the ROMAN CATHOLIC
BISHOP OF PROVIDENCE,
    Defendants.

**ORDER**

    All matters are resolved in this case and judgment shall therefore enter for the defendants.

It is so ordered.

/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior United States District Judge
Date: 5/13/15