# United States Court of Appeals
## For the First Circuit

No. 15-1715

JOHN DEVANEY,

Plaintiff, Appellant,

v.

TOWN OF NARRAGANSETT, RI; ST. THOMAS MORE CATHOLIC CHURCH; ST. PETERS BY-THE-SEA EPISCOPAL CHURCH; ROMAN CATHOLIC BISHOP OF PROVIDENCE,

Defendants, Appellees,

PETER F. KILMARTIN, Attorney General for the State of Rhode Island and Providence Plantations; RICHARD I. KERBEL, Interim Town Manager Town of Narragansett; MOST REVEREND THOMAS J. TOBIN, President St. Thomas More Church Narragansett Pier, Roman Catholic Bishop of Providence; LINDA O'NEILL, Parish Administrator St. Peters by-the-sea Episcopal Church; POPE FRANCIS, The Holy See Vatican City; ARCHBISHOP CARLO MARIA VIGANO, Apostolic Nuncio of the Apostolic Nuncature of the Holy See to the United States,

Defendants.

Before

Howard, Chief Judge,
Torruella and Thompson, Circuit Judges.

**JUDGMENT**

Entered: July 12, 2016

    We have carefully reviewed the record in this case.  Essentially for the reasons given by the magistrate judge in her report and recommendation, dated October 10, 2014, the dismissal of all plaintiff/appellant's federal claims, as well as his state law nuisance claim against the Town and all claims against the Roman Catholic Bishop of Providence, is affirmed.  The remaining state law claims are dismissed without prejudice.

By the Court:

/s/ Margaret Carter, Clerk

cc:
John Devaney
Rebecca Tedford Partington
Maria R. Corvese
Marc DeSisto
Howard A. Merten Jr.
Eugene G. Bernardo II
Alexandra Gordon
Joseph M. Desmond